```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11567
   OLUKAYODE ADEWOLE
   ESTHER ADEWOLE                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-8761     SSN XXX-XX-0291

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/15/2006 and was not confirmed.

     The case was converted to chapter 7 without confirmation 11/22/2006.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------

PEOPLES CHOICE HOME LOAN  CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORP      CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORP      CURRENT MORTG         .00            .00           .00
WILSHIRE CREDIT CORP      CURRENT MORTG         .00            .00           .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED            .00           .00
ARONSON FURNITURE         UNSECURED       NOT FILED            .00           .00
CDA/PONTIAC               UNSECURED       NOT FILED            .00           .00
MED102 CROWN EMERGENCY P  NOTICE ONLY     NOT FILED            .00           .00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED            .00           .00
DISCOVER CARD             UNSECURED       NOT FILED            .00           .00
EVERGREEN MEDICAL SPECIA  UNSECURED       NOT FILED            .00           .00
FIRST AMERICAN BANK       UNSECURED       NOT FILED            .00           .00
HSBC NV                   UNSECURED       NOT FILED            .00           .00
MEDICAL COLLECTION        UNSECURED       NOT FILED            .00           .00
EVERGREEN MEDICAL         NOTICE ONLY     NOT FILED            .00           .00
NATIONAL CITY CARD SERVI  UNSECURED       NOT FILED            .00           .00
NEXTCARD CUSTOMER SERVIC  UNSECURED       NOT FILED            .00           .00
ODPT CBSD                 UNSECURED       NOT FILED            .00           .00
ROSELAND COMMUNITY HOSPI  UNSECURED       NOT FILED            .00           .00
BNK OF NY                 UNSECURED       NOT FILED            .00           .00
WFFNNB/ LANE BRYANT       UNSECURED       NOT FILED            .00           .00
GLEASON & MACMASTER       DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 11567 OLUKAYODE ADEWOLE & ESTHER ADEWOLE
```

```
TRUSTEE COMPENSATION                                                     .00
DEBTOR REFUND                                                            .00
                                      ---------------     ---------------
TOTALS                                            .00                    .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/22/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE